

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00316-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 8 |
| AMANDA SUZANNE KOVACH, | § | of Dallas County, Texas |
| Appellee. | § | (TC# MA12-58900-J) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the order to suppress. We therefore reverse the order to suppress and remand the cause to the trial court for further proceedings, in accordance with this Court's opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF NOVEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.